## CERTIFICATION OF SERVICE

On the 6th day of January, 2012, I placed a copy of the within motion papers, exhibits and memorandum of law into the care and control of the US Postal Service, first class delivery, addressed to the parties listed above at the addresses listed above. I have also filed this motion electronically.

I certify under penalty of perjury that the foregoing statements made by me are true to the best of my knowledge and understand that if any of the statements are deemed intentionally false, I may be subject to punishment.

Dated: January 6th, 2012

_____
Veronica Guevara